UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HANCOCK COUNTY SCHOOL DISTRICT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIDDELL SPORTS GROUP, INC., REX TEAM SPORTS, SPORTS CENTER, INC., VARSITY BRANDS, BSN SPORTS LLC, HIBBETT INC., and HIBBETT TEAM SALES, INC.,<br><br>Defendants. | Civil No. 1:26-cv-324 HSO-BWR |

**NOTICE OF APPEARANCE**

**NOTICE IS HEREBY GIVEN** that Gary M. Yarborough, Jr., Yarborough Law Firm, PLLC, P.O. Box 4168, Bay Saint Louis, MS 39521, T. (228) 342-7987, E. gary@yarboroughlaw.co hereby enters his appearance as additional counsel for Plaintiff in the above captioned cause. He should be served with copies of all documents in this action pursuant to Rule 5 of the Federal Rules of Civil Procedure.

SO NOTICED on this the 22nd day of October, 2026.

PLAINTIFF HANCOCK COUNTY SCHOOL DISTRICT

*/s/ Gary M. Yarborough, Jr.*
Gary M. Yarborough, Jr. (MSB #102310)
Yarborough Law Firm, PLLC
P.O. Box 4168
Bay Saint Louis, MS 39521
T. (228) 342-7987
E. gary@yarboroughlaw.co

John W. ("Don") Barrett
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com

***Counsel for Plaintiff***